Paul Q. Goyette (SBN 137250)
Janelle F. Crandell (SBN 224994)
**GOYETTE, RUANO & THOMPSON, INC.**
**A Professional Law Corporation**
2366 Gold Meadow Way, Suite 200
Gold River, CA  95670
Ph: (916) 851-1900
Fax: (916) 851-1995
Email: Janelle@grtlaw.com

Attorneys for Defendant,
AMANDA CARMELLA THEODOSY a/k/a NASH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AMANDA CARMELLA THEODOSY a/k/a AMANDA CARMELLA NASH, <br><br> Defendant. | CASE NO. 4:23-CR-00264-JSW-3 <br><br> **DEFENDANT AMANDA THEODOSY'S OPPOSITION TO UNITED STATES' MOTION IN LIMINE NO. 1 TO ADMIT STATEMENTS OF CO-CONSPIRATORS** <br><br> Judge:  Hon. Jeffrey S. White <br> Date:   July 8, 2024 <br> Time:   2:00 p.m. <br><br> Pretrial Conference Date:  July 8, 2024 <br> Trial Date: August 5, 2024 |

Defendant, AMANDA THEODOSY a/k/a/ AMANDA NASH, by and through her attorney of record, Janelle F. Crandell, submits the following Opposition to United States' Motion in Limine No. 1 and respectfully requests the Court to exclude the oral and written statements of the defendants' coconspirators as it relates to Ms. Theodosy.  The government provided a list of the coconspirator statements they intend to introduce and is attached to their motion as Exhibit 1.  The government has noticed three categories of statements as admissible (1) statements made by Berhan to Individual-1; (2) statements made by Amiri to Individual-1 and by Individual-1 to Amiri via text message; and (3) statements made by Mejia-Orozco to Berhan and by Berhan to Mejia-Orozco via text message.

- 1 -

The key factors for admissibility of coconspirator statements under Rule 801(d)(2)(E) include by preponderance of the evidence, establishing that a conspiracy existed, that both the declarant and the defendant were members of the conspiracy, and that the statement was made during the course and in furtherance of the conspiracy *United States v. Swidan*, 888 F.2d 1076, *United States v. Andrus*, 775 F.2d 825, *United States v. Laureano-Pérez*, 797 F.3d 45.

The government alleges that a single conspiracy between all defendants, including Ms. Theodosy, was created by their connection to Berhan and Individual-1. However, mere association does not make a conspiracy. There must be evidence of some participation or interest in the commission of the offense.' " *Davis* v. *Superior Court* (1959) 175 Cal. App. 2d 8, 23 [345 P.2d 513]. An inference must flow logically from other facts established in the action. See *People* v. *Austin*, *supra*, 23 Cal. App. 4th at p. 1604. The government fails to meet their burden as there are no facts presented within the coconspirators' statements to implicate Ms. Theodosy's membership within the conspiracy. Statements were not made directly to Ms. Theodosy. Statements do not refer to or speak about Ms. Theodosy. The statements fail to demonstrate Ms. Theodosy's knowledge of the conspiracy or her intention to be a part of it.

For a coconspirator's statement to be admissible, it must be demonstrably relevant to the conspiracy and further its objectives, thereby linking the defendant to the conspiracy through their involvement in the overarching conspiratorial agreement *United States v. Swidan*, 888 F.2d 1076, *United States v. Andrus*, 775 F.2d 825, *United States v. Laureano-Pérez*, 797 F.3d 45. The statements presented by the government were all made by other individuals. There is no evidence that any of these statements were made in furtherance of an objective of Ms. Theodosy. In *United States v. Yarbrough,* the Court stated, "Statements made to induce enlistment or further participation in the group's activities," "statements made to prompt further action on the part of conspirators," statements "made to reassure members of a conspiracy's continued existence," and statements that "keep coconspirators abreast of an ongoing conspiracy's activities satisfy the 'in furtherance' of

requirement." *United States v. Yarbrough*, 852 F.2d 1522, 1536 (9th Cir. 1988).  The coconspirator statements provided by the government fail to fall into any of those categories as it relates to Ms. Theodosy.  Ms. Theodosy did not have access to these conversations at the time they were made.  Without an ability to view the statements an argument cannot be made that they furthered Ms. Theodosy's objective or goals.  The statements do not foster a relationship of trust in Ms. Theodosy, do not inform Ms. Theodosy about the progress of any alleged conspiracy, do not prompt action by Ms. Theodosy and offer no reassurance as to any ongoing activity.  For the foregoing reasons, Ms. Theodosy respectfully moves the Court to exclude the oral and written statements of the defendants' coconspirators.

Dated:  June 18, 2024                                                     Respectfully Submitted,

                                                  **GOYETTE, RUANO & THOMPSON, INC.**
                                                  **A Professional Corporation**

By:_____
JANELLE F. CRANDELL
Attorney for Defendant,
AMANDA THEODOSY a/k/a NASH

# PROOF OF SERVICE

*USA v. AMANDA THEODOSY a/k/a NASH*
**Case No. 4:23-cr-00264 JSW-4**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Sacramento, State of California. My business address is 2366 Gold Meadow Way, Suite 200, Gold River, California 95670.

On June 18, 2024, I served true copies of the following document(s) described as

**DEFENDANT AMANDA THEODOSY'S OPPOSITION TO UNITED STATES' MOTION IN LIMINE NO. 2 TO ADMIT RELEVANT, INEXTRICABLY INTERTWINED EVIDENCE, AND/OR "OTHER ACTS" EVIDENCE**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address Janelle@grtlaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 18, 2024, at Sacramento, California.



Janelle F. Crandell

**SERVICE LIST**
*USA v. AMANDA THEODOSY a/k/a NASH*
Case No. 4:23-cr-00264 JSW-4

| | |
|---|---|
| ERIC CHENG<br>AJAY KRISHNAMURTHY<br>ALETHEA M. SARGENT<br>Assistant United States Attorneys<br>1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: 510.637-3680<br>Fax: 510.637-3724<br>Email: eric.cheng@usdoj.gov<br>        ajay.krishnamurthy@usdoj.gov<br>        alethea.sargent@usdoj.gov | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |
| TIMOTHY P. CRUDO<br>RACHEL R. SUHR<br>ABRAHAM M. ANDRADE III<br>COBLENTZ PATCH DUFFY & BASS LLP<br>One Montgomery Street, Suite 3000<br>San Francisco, California 94104-5500<br>Telephone: 415.391.4800<br>Facsimile: 415.989.1663<br>Email: tcrudo@coblentzlaw.com<br>        rsuhr@coblentzlaw.com<br>        aandrade@coblentzlaw.com | Attorneys for Defendant<br>MORTEZA AMIRI |

**DEFENDANT THEODOSY'S OPPOSITION TO THE UNITED STATES' MOTION IN LIMINE NO. 1**